**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 06-00088-01-PCT-MHM |
| Plaintiff, | |
| vs. | |
| Aaron James Betom, | **DETENTION ORDER** |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on October 28, 2010.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 28th day of October, 2010.

Lawrence O. Anderson
United States Magistrate Judge